## BIRMINGHAM SOUTHERN R. R... CO. V... ATLANTA & B. A. L. RY.

### *Assumpsit.*

(Decided Nov. 29, 1906.)

APPEAL from Birmingham City Court.
Heard before Hon CHARLES A. SENN.
A. G. & E. D. SMITH, for appellant.
TILLMAN, GRUBB, BRADLEY & MORROW, for apellee.
Dismissed by agreement.  Per curiam.

---

## BOYD V. THE STATE.

### *Carrying Concealed Weapons.*

(Decided Dec. 20, 1906.)

APPEAL from Elmore County Court.
Heard before Hon. H. J. LANCASTER.
No counsel for appellant.
MASSEY WILSON, Attorney General. for State.
Affirmed.
Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and SIMPSON, JJ., -concur.